IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30302
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MATTHEW CARROLL,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-60030-2
--------------------
July 31, 2001

Before JOLLY, DAVIS, and SMITH, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Matthew Carroll has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Carroll has filed a response to counsel's motion. Our independent review of the brief, Carroll's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.